# EXHIBIT A

Hello David

Re: policy CSRYP/202350 VIKING POWER LLC, DOL 8/30/21.
Loss due to : Miss Dunia Fire

My name is Gail Reynolds and I work for New Bedford Inc. our boat was totaled- due to the fire on August 30.2021. We are the owners of Crow Island, our boat is our main transportation of getting our renters over to the house. Our renters count on us to supply all transportation services needed to get them back and forth from the island. Due to the boat being out of commission we have lost all of our income from the island during Sept – Oct 2021 and at this time we have not included Nov 2021.

| | |
|---|---:|
| Attached you will find the cost of the loss of boat: | 87,000 |
| Loss of income | 35,000 |
| Insurance check we received | -47,000 |
| The total loss for this boat at this time: | 75,000 |

If you have any question please email or call me at the number below.

*Thank you,*

*Gail Reynolds*
*Executive **Administrator***
***Email** : gail@newbedfordinc.com*

*New Bedford Inc. 508.999.7262*

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.



# VESSEL OWNER'S OR MASTERS
## STATEMENT OF LOSS

Claim No. OAB339756

Dated SEPTEMBER 22, 2021 at 1:00 PM

I, ALBERT J. SANTOS _____ am the Owner / Master
of the Vessel 2005 25' STANLEY Registration No. MS 4743 BN
My address is: 38 BETHEL ST, NEW BEDFORD MA 02740
On the 30 day of AUGUST 20 21, at approximately
4:00 o'clock ___ M., while located at FLEET MARINA

the above vessel and / or person(s) met with an accident, or injury, the circumstances of which are in detail as follows:

MISS DONNA PLEASURE BOAT CAUGHT ON FIRE
MY VESSEL WAS AT SAME DOCK, FUEL SPILLED
INTO OCEAN, LIT ON FIRE, SURROUNDED MY
VESSEL, INTENSE HEAT CAUSED IT TO WARP

The damage directly caused to said vessel by this accident is as follows: (Describe in detail all parts of the vessel which were damaged and the extent of the damage, or attach survey if available).

WARPED ALUMINUM, BROKEN GLASS
MELTED WIRING

The damage to said vessel may be inspected at BAYLINE MARINE BOATYARD
4 SILVA ST, NEW BEDFORD MA 02744
Cost of repairs has been estimated at $ 87,000 %xx

by: PRECISION MARINE SERVICE    JOSEPH HORTON
(Name of repair yard and attach written estimate, if possible)
774-360-7188

As a result of this accident, damage was caused to **other vessels or property, or injury to persons**, as follows (Describe same fully, giving the names and address of the property damaged or persons injured).

| Name and Address | Type of damage or injury | Estimated Amount |
|---|---|---|
| | | |
| | | |
| | | |

Other vessels in the vicinity were: _____
(Give names or describe)

The names and permanent addresses of witness, including the crew of said vessel are listed below:

| Witness | Address |
|---|---|
| | |
| | |
| | |

At the time of the loss the vessel was owned by _____

Free and clear, with no encumbrances on same and there was no insurance other than

Policy No. B5JH 51271 of the ATLANTIC SPECIALTY INS. CO

Except as follows: (list any encumbrances and other insurance policies).

---

All facts material to the question of insurance liability are stated above or attached hereto and no such fact is withheld. (Note: Attach surveys, estimates, statements of witnesses, photographs and other material statements. **In case of collision a diagram, showing how it happened, should be attached.**

Neither the furnishings of this form nor acceptance of the completed statements by the Insurance Company constitutes admission of liability by said Company.

Signed ____[signature]____  OWNER
(State whether Owner, Master, etc.)



# Marine Safety Consultants, Inc.

26 Water Street, P.O. Box 615, Fairhaven, MA 02719-0615
Phone: 508-996-4110 • Fax: 508-990-2094
www.marinesafetyconsultants.com

Date: September 13, 2021
File No.: 21-0760

Intact Insurance
One State Street, 31st Floor
New York, NY 10004

Attn: Sylvia Scott

## VESSEL CASUALTY
## LOSS AND DAMAGE SURVEY

VESSEL: "Crow Island"                DATE OF LOSS: August 30, 2021
REG. NO.: MS 4743 BN                 COMPANY: Intact
INSURED: New Bedford, Inc.           CLAIM NO.: OAB339756

Report of survey conducted by the undersigned on September 2, 2021, and subsequent dates at the request of Sylvia Scott for the purpose of ascertaining the cause, nature, and extent of damages alleged to have been sustained by the subject vessel in consequence of being heat damaged by a burning vessel at the same dock location.

There were no personal injuries involved with this casualty.

The survey was conducted aboard the vessel while hauled ashore on dry land supported by keel blocking and boat stands at Bayline Marine in New Bedford, MA.

The case was assigned to us on September 2, 2021.

## VESSEL DESCRIPTION

The insured vessel is a 2005 27' Stanley built in the landing craft configuration bearing hull identification number QMJ70298C505 powered by a single 2005 225 HP Yamaha outboard engine bearing serial number 69JX1020182N and model number F225TXRD.

New Bedford, Inc.  Page 2 of 3
File No.: 21-0760

## CIRCUMSTANCES OF INCIDENT:

The facts and circumstances surrounding this incident are summarized as follows:

On the date of loss, the insured vessel was secured to the dock at the Fleet Marina in New Bedford, MA adjacent to a 2008 82' Horizon motor yacht that caught fire, burned extensively and sank. During the fire that lasted several hours the insured vessel was exposed to intense heat resulting in deflection of the aluminum hull along the starboard side.

## DAMAGES FOUND

When the undersigned attended the aboard vessel inspection the following damages were found, and recommendations made:

| | FOUND | | RECOMMEND |
|---|---|---|---|
| 1. | The starboard side hull plating is discolored and distorted due to exposure to heat. | 1. | Replace the distorted starboard hull side plating. |
| 2. | The starboard side of the deck is distorted due to exposure to heat. | 2. | Replace the distorted starboard side decking. |
| 3. | Two of the starboard side cabin windows are cracked. | 3. | Replace the two cracked windows. |
| 4. | The VHF radio antenna is heat damaged. | 4. | Replace the VHF antenna. |
| 5. | The navigation lights are discolored. | 5. | Replace the navigation lights. |
| 5. | The decals for the vessel's name and registration are burnt. | 5. | Replace the name and registration decals. |

## CAUSE OF DAMAGES

It is the opinion of the undersigned surveyor that the cause of damages to the insured's vessel was a direct result of heat exposure from the burning vessel Miss Dunia.

## SUBROGATION

There appears to be potential for subrogation as the damage to the vessel is the result of heat generated by the fire that took place on the vessel Miss Dunia.

New Bedford, Inc.           Page 3 of 3
File No.: 21-0760

## REPAIRS

As of the time of this report the vessel remains at Bayline Boatyard awaiting repair.

## COST OF REPAIRS

As of the time of this report an estimate for repair has not yet been written or obtained. However, based on the scope of damage noted at the time of inspection I suggest setting the reserve at the policy limit.

## RECOMMENDATIONS/FUTURE PLANS

1.  Upon review of this report it should be determined if there is coverage for this loss under the terms and conditions of the insured's policy.

2.  If the insured's claim is accepted, I recommend he provide me with all estimates and or invoices associated with the repair. Once I have reviewed the estimates/invoices related to this loss I will forward my comments and recommendations to you to further the claims process.

3.  I plan to place my file in diary until such time I receive the foregoing documents for my review.

Please do not hesitate to contact this office with any questions, concerns, or further instructions.

Submitted without prejudice,
MARINE SAFETY CONSULTANTS, INC.

Christopher R. MacDougall
Senior Marine Surveyor


Enclosures:     1. Photographs