UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 21-cv-12081-NMG

**COMPLAINT OF VIKING POWER, LLC**
**FOR EXONERATION FROM OR**
**LIMITATION OF LIABILITY,**
**CIVIL AND MARITIME**

## PLAINTIFF'S ADDENDUM TO SUBMISSION OF APPRAISAL

Now comes the Plaintiff, Viking Power, LLC, in the above-captioned civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and, pursuant to this Court's *ex parte* request, submits the Appraiser's more detailed Report, dated January 6, 2022, finding that the **M/Y MISS DUNIA (USCG No. 1206081)**, has a **FAIR MARKET VALUE** of **$71,600.00** and the value of **PENDING FREIGHT** is **$0.00**.

The Appraiser's Report is attached hereto as *Exhibit B* to this pleading.

        **VIKING POWER, LLC**
        By its attorney,
        **CLINTON & MUZYKA, P.C.**

        */s/ Thomas J. Muzyka*
        **Thomas J. Muzyka**
        **BBO NO: 365540**
        **John J. Bromley**
        **BBO NO: 672134**
        Board of Trade Building
        One India Street, Suite 200
        Boston, MA 02109
        Tel: (617)723-9165
        Fax: (617) 720-3489
        tmuzyka@clinmuzyka.com
        jbromley@clinmuzyka.com

## **CERTIFICATE OF SERVICE**

  Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 21, 2022.

                 _/s/ Thomas J. Muzyka_
                 Thomas J. Muzyka