# EXHIBIT B



# Marine Safety Consultants, Inc.

26 Water Street, P.O. Box 615, Fairhaven, MA 02719-0615
Phone: 508-996-4110 • Fax: 508-990-2094
www.marinesafetyconsultants.com

January 6, 2022

Clinton & Muzyka, PC
One India Street
Boston, MA  02109
Attn: John Bromley, Esq.

                RE:    M/V MISS DUNIA
                       Fire loss
                       DOL: August 30, 2021

Dear Sir,

At your request, we visited aboard the vessel on December 17, 2021 and subsequent dates for the purpose of determining the current fair market value of the M/V MISS DUNIA, official number 1206081.

The vessel is further described as an 82' Horizon Sky Lounge motor yacht, constructed in 2008. Hull ID # HRN82073H708.

As you may recall, on August 30, 2021 the subject vessel caught fire and subsequently sank at New Bedford, MA.  The fire rendered the fiberglass vessel a totally destroyed hulk, which now lies on a barge at New Bedford, MA, subsequent to being raised.



MIS DUNIA							Page 2 of 2
Valuation

We find that certain components of the vessel retain value, despite the current condition, as follows:

| **ITEM** | **CURRENT VALUE** |
|---|---:|
| (2) 3 ½ "Aquamet shafts | $8,000.00 |
| (2) 39.5" x 42.5" propellers | 13,200.00 |
| (2) ZF 2060A marine transmissions | 10,000.00 |
| (2) Caterpillar C-32 diesel engines | 20,000.00 |
| (2) 1,060-gallon fuel tanks | 450.00 |
| (2) 80 kg stainless steel anchors and chain | 8,000.00 |
| (6) Stainless steel hull side cleats | 650.00 |
| (2) Stainless steel aft cleats | 400.00 |
| (2) Stainless steel rudders | 400.00 |
| (2) Naiad stabilizers | 4,000.00 |
| (1) Sea Lift hydraulic swim platform | 6,500.00 |
| **TOTAL** | **$71,600.00** |

The fiberglass hulk cannot be repaired and will require disposal.

We trust that this satisfies your inquiry at this time, but please don't hesitate to contact us with questions, concerns or further instructions.

Submitted without prejudice,
MARINE SAFETY CONSULTANTS, INC.

Michael L. Collyer
Principal Surveyor